FILED
CLERK, U.S. DISTRICT COURT

Sept 24, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Michelle Cheng (SBN 239711)
mcheng@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
Medtronic, Inc., Medtronic Sofamor
Danek USA, Inc., and Medtronic
Vertelink, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. HICKS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.; MEDTRONIC VERTELINK, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-04873-SVW-FFM<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL<br><br>Complaint Filed: June 24, 2014<br><br>Honorable Stephen V. Wilson |

1   Based on the Stipulation of Dismissal that has been filed in the above-captioned
2   matter, IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed
3   without prejudice with each party to bear its own costs.

5   Dated: September 24, 2015

    Hon. Stephen V. Wilson
    U.S. District Judge